# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEE ROY J. STANSBERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTER WHITE HOUSE ADMINS, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-000014-JMK |

## ORDER OF DISMISSAL FOR DEFICIENT FILING

On January 13, 2023, Lee Roy J. Stansberry, a self-represented prisoner, filed a Complaint for a Civil Case against "Enter White House Admins," *et al*.[1] The Court sent a Notice of Electronic Filing ("NEF") confirming receipt of the filing to Mr. Stansberry, which was returned as undeliverable.[2] The notation on the returned envelope indicates Mr. Stansberry refused to accept the mail.[3]

In order to properly commence a civil action, a litigant either must pay the filing fee of $402.00 or file an application to waive prepayment of the filing fee.[4] Prisoner litigants requesting to waive prepayment of the filing fee must include a

---

[1] Docket 1.

[2] Docket 2 (Returned/Undeliverable Mail 01/30/2023).

[3] *Id.*

[4] Local Civil Rule 3.1(c).

statement from their prison trust account for the past six months.[5] Mr. Stansberry has not paid the filing fee or filed the application to waive prepayment of the fee. Accordingly, this civil action is deficient.

The Court takes judicial notice[6] that Mr. Stansberry recently has filed multiple cases with this Court that also have not included the filing fee or an application to waive prepayment of the filing fee.[7] The Court has received multiple returned Notices and Orders as refused, undeliverable mail.[8] Therefore, in the interests of judicial economy, the Court must dismiss this case without leave to amend, but without prejudice should Mr. Stansberry seek to properly file a new

---

[5] Local Civil Rule 3.1(c)(3).

[6] Judicial notice is the "court's acceptance, for purposes of convenience and without requiring a party's proof, of a well-known and indisputable fact; the court's power to accept such a fact." BLACK'S LAW DICTIONARY (11th ed. 2019). A court can take judicial notice of its own files and records. Fed. R. Evid. 201.

[7] See *Stansberry v. Enter State of Alaska Govs Dunleavy,* Case No. 3:22-cv-214-SLG, Docket 2 (Returned/Undeliverable Mail 10/14/2022), Docket 3 (Deficient Filing Order 10/17/2022), Docket 4 (Returned/Undeliverable Mail 11/01/2022); *Stansberry v. Entry U.S. District Court*, Case No. 3:22-cv-00223-JMK, Docket 2 (Returned/Undeliverable Mail 10/24/2022), Docket 3 (Deficient Filing Order 11/02/2022), Docket 4 (Returned/Undeliverable Mail 11/15/2022); *Stansberry v. Entry U.S. District Court*, Case No. 3:22-cv-00231-JMK, Docket 2 (Deficient Filing Order 11/02/2022), Docket 3 (Returned/Undeliverable Mail 11/15/2022); *Stansberry v. Enter Alaska Dept of Revenue*, Case No. 3:22-cv-211-RRB; Docket 2 (Returned/Undeliverable Mail 10/17/2022), Docket 3 (Deficient Filing Order 11/03/2022), Docket 4 (Returned/Undeliverable Mail 11/15/2022); *Stansberry v. Entry U.S. District Court Magistrate Judge John D. Roberts,* 3:22-cv-00257-SLG, Docket 2 (Returned/Undeliverable Mail 11/30/2022); Docket 3 (Dismissal for Deficient Filing 12/15/2022), Docket 5 (Returned/Undeliverable Mail 01/03/2023); *Stansberry v. Entry Federal Supreme Court,* Case No. 3:22-cv-278-JMK, Docket 2 (Returned/Undeliverable Mail 12/28/2022), Docket 3 (Dismissal for Deficient Filing 01/03/2023), Docket 5 (Returned/Undeliverable Mail 01/17/2023).

[8] *Id.*

Case Nos. 3:23-cv-000014-JMK, *Stansberry v. Enter White House Admins, et al.*
Order of Dismissal for Deficient Filing
Page 2 of 3

Case 3:23-cv-00014-JMK   Document 3   Filed 02/13/23   Page 2 of 3

complaint and pay the filing fee or file the application to waive prepayment for the complaint.

In light of the foregoing, IT IS ORDERED that this action is DISMISSED without prejudice. The Clerk of Court is directed to enter a final judgment accordingly.

DATED this 13th day of February, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
UNITED STATES DISTRICT JUDGE

Case Nos. 3:23-cv-000014-JMK, *Stansberry v. Enter White House Admins, et al.*
Order of Dismissal for Deficient Filing
Page 3 of 3
Case 3:23-cv-00014-JMK   Document 3   Filed 02/13/23   Page 3 of 3